# MINUTE ORDER

Page 14

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3    Date: 08/05/14    Time: 1:30 p.m.

Defendant: 4) JUAN CARLOS NUNEZ    J#: 44060-066    Case #: 14-20550-CR-ALTONAGA SEALED

AUSA: Sharad Motiani    Attorney: CJA counsel appt

Violation: CONSPIRACY TO DISTRIBUTE TESTOSTERONE

Proceeding: Initial Appearance    CJA Appt: Michael Matters

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: $50k CSB w/ Nebbia Esq

Bond Set at: temp Bond of $50k CSB Nebbia    Co-signed by: Wife Ms Nunez

- [x] Surrender and/or do not obtain passports/travel docs    Language: English
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Disposition:
Sworn
CJA
temp Bond
Court adopts
Case Unsealed

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: 8/8
PTD/Bond Hearing: 8/8    1:30 pm    Duty    Miami
Prelim/Arraign or Removal: 8/8
Status Conference RE:

D.A.R. 15:05:11    Time in Court: 12 mins

s/ JONATHAN GOODMAN    Magistrate Judge