

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff
- vs
JUAN CARLOS NUNEZ
Defendant

CASE NUMBER: CR: 14-20550 ALTONAGA

REPORT COMMENCING CRIMINAL ACTION

44060-066
USMS NUMBER

TO: CLERK'S OFFICE  (MIAMI)  FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT   (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE   N/A.

(1) DATE AND TIME OF ARREST: 8/5/14  5:00 (AM)  PM___
(2) LANGUAGE SPOKEN: ENGLISH, SPANISH
(3) OFFENSE CHARGED: CONSPIRACY TO DISTRIBUTE TESTOSTERONE

(4) DATE OF BIRTH: 6-14-66

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
[X] INDICTMENT        ( ) COMPLAINT TO BE FILED/ALREADY FILED
( ) BENCH WARRANT FOR FAILURE TO APPEAR
( ) PROBATION VIOLATION WARRANT
( ) PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA

(6) REMARKS: _____
(7) DATE: 8/5/14   (8) ARRESTING OFFICER: Special Agent GENE GRAPENSTEI___
(8) AGENCY: DEA     (10) PHONE: 954-600-4500
(11) COMMENTS: _____